IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Shacoria Y. Russell,<br><br>   Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc. a/k/a Wal-Mart Neighborhood Market,<br><br>   Defendant. | Case No.: 4:18-cv-2052-SAL<br><br><br>**ORDER** |

  This matter is before the Court for review of the May 5, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (D.S.C.). *See* ECF No. 62. In the Report, the Magistrate Judge recommends that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Id.* No party filed objections to the Report, and the time to do so has passed.

  The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

1

After a thorough review of the Report and the record in this case, the Court is satisfied that the Report contains no clear error, and the Report is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss, ECF No. 53, is GRANTED, and this action is DISMISSED with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendant's Motion to Compel, ECF No. 52, is DENIED as moot.

IT IS SO ORDERED.

/s/Sherri A. Lydon
United States District Judge

June 23, 2020

Florence, South Carolina